UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| TRE VON A. WOODARDS,<br><br>    Plaintiff,<br><br>v.<br><br>LOREN GRAY,<br><br>    Defendant. | No. 1:20-CV-098-H |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Tre Von Woodards, proceeding pro se, filed this personal injury complaint against Loren Gray on May 5, 2020. Dkt. No. 2. United States Magistrate Judge John R. Parker reviewed the complaint and submitted findings and conclusions to this Court. Dkt. No. 6. Judge Parker recommended that the Court summarily dismiss Woodards's complaint under 28 U.S.C. § 1915(e)(2)(B). *Id.* at 6. He further recommended that this Court warn Woodards that similar future litigation in this Court could subject him to sanctions, including the imposition of monetary sanctions or preclusion from making further filings without leave of court, or both. *Id.* No objections to the FCR have been filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for clear error. Fed. R. Civ. P. 72(b)(3); *see also Wilson v. Smith & Nephew, Inc.*, No. 3:12-CV-1063-B, 2013 WL 1880770, at *1 (N.D. Tex. May 6, 2013).

The Court has examined the record and reviewed the FCR for clear error. Finding none, the Court accepts and adopts the FCR. The Court specifically finds that this complaint is frivolous, vexatious, and needlessly utilized scarce judicial resources.

Accordingly, Woodards's complaint and the claims within it are dismissed with prejudice. All relief not expressly granted and any pending motions are denied. Woodards is further warned that any future filings—whether filed directly with this Court, filed in state court and removed to this Court, or filed in another federal court and transferred to this Court—could subject him to monetary sanctions or preclusion from making further filings without leave of court, or both.

So ordered on June 16, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE